UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

DAVID A. HERR; PAMELA F. HERR,

      Plaintiffs,

v.

UNITED STATES FOREST SERVICE et al.,

      Defendants.
_____/

Case No. 2:14-CV-105

HON. R. ALLAN EDGAR
United States District Judge

**STIPULATION REGARDING ENFORCEMENT
AGAINST PLAINTIFFS DURING PENDENCY OF DISTRICT COURT LITIGATION**

The parties, through their respective counsel, stipulate and agree to the following:

1. Plaintiffs filed suit to challenge certain provisions of the United States Forest Service's 2006 Forest Plan relating to the prohibition of motor boats on the portion of Crooked Lake within the Sylvania Wilderness boundary; provisions of its August 14, 2007 Order relating to use of motors for watercraft on the portion of Crooked Lake within the Sylvania Wilderness boundary; and its June 19, 2013 letter to lakefront property owners on Crooked Lake.  Plaintiffs are seeking injunctive relief against enforcement of these provisions against them.

2. The United States Forest Service has not taken any enforcement action against Plaintiffs with respect to the use of motorboats or use of motors on watercraft on the portion of Crooked Lake within the Sylvania Wilderness boundary.

3. Without waiving any of its defenses or making any admissions, the United States Forest Service will take no enforcement action against Plaintiffs with respect to the use of motorboats or use of motors on watercraft on the portion of Crooked Lake within the Sylvania

Wilderness boundary while this action is pending before the United States District Court for the Western District of Michigan.

Dated: June 12, 2014          s/ Steven J. Lechner
Steven J. Lechner
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(313) 292-2021
lechner@mountainstateslegal.com
*Counsel for Plaintiffs*

PATRICK A. MILES, JR.
United States Attorney
for the Western District of Michigan

Dated: June 12, 2014          s/ Ryan D. Cobb
Ryan D. Cobb (P64773)
Assistant United States Attorney
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
E-mail: Ryan.Cobb@usdoj.gov
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 12th day of June 2014, I filed the foregoing electronically through the CM/ECF system, which caused counsel for all parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                              s/ Steven J. Lechner
                                              Steven J. Lechner