UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

## MINUTES

**Case No.:**     2:14-cv-105

**Date:**     August 8, 2014

**Time:**     11:00 - 11:30 a.m.

**Place:**     Marquette, MI

**Judge:**     Timothy P. Greeley

_____

David A. Herr, et al.,

                    Plaintiff(s) represented by: Steven Lechner

v.

United States Forest Service, et al.,

                    Defendant(s) represented by: Ryan Cobb

                    Intervenor-Defendants represented by:  Howard Learner &
                                                                  Jennifer Tarr

_____

## <u>PROCEEDINGS</u>

**NATURE OF HEARING:**   Telephone hearing on motion for extension of time #17.
Order to issue.

Proceedings not recorded                    Cathy LeBoeuf, Courtroom Deputy