UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID A. HERR, et al.,

    Plaintiffs,

v.                                                          Case No. 2:14-cv-105
                                                                 HON. R. ALLAN EDGAR

UNITED STATES FOREST SERVICE, et al.,

    Defendants.
_____/

## ORDER

On May 13, 2014, Plaintiffs filed this action seeking declaratory and injunctive relief. On June 6, 2014, Plaintiffs filed a First Amended Complaint (Docket #4). On July 18, 2014, Defendants filed a Motion to Dismiss (Docket #12). On July 25, 2014, a Motion to Intervene was filed (Docket #14). On July 28, 2014, Plaintiffs filed a Motion for an Extension of Time to File an Opposition to the Motion to Intervene and to Vacate the Scheduled Hearing on the Motion to Intervene (Docket #17). Plaintiffs and Defendants oppose the request to hold the Motion to Intervene in abeyance until the motion to dismiss is decided. Having considered the briefs of the parties and the arguments presented in a telephone conference conducted on August 8, 2014, the Court concludes that the Motion for an Extension of Time to File an Opposition to the Motion to Intervene and to Vacate the Scheduled Hearing on the Motion to Intervene will be denied. Economy and judicial efficiency will best be served by resolving the Motion to Intervene at this time. Plaintiffs' brief in opposition to the Motion to Intervene will be filed on or before **August 12, 2014**.

    IT IS SO ORDERED.

                                                                    /s/ Timothy P. Greeley
                                                                    TIMOTHY P. GREELEY
                                                                    UNITED STATES MAGISTRATE JUDGE

Dated:  August 8, 2014