UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| DAVID A. HERR and PAMELA F. HERR, )<br>    Plaintiffs, )<br> )<br>-v- )<br> )<br>UNITED STATES FOREST SERVICE, et al., )<br>    Defendants, )<br> )<br>and )<br> )<br>SWC, LLC, d/b/a Sylvania Wilderness )<br>Cabins, et al. )<br>    Defendant-Intervenors. )<br> ) | No. 2:14-cv-105<br><br>Honorable Paul L. Maloney |

# JUDGMENT

On July 26, 2017, The Sixth Circuit Court of Appeals issued an opinion resolving the disputed issues. The mandate issued on January 12, 2018. The United States Supreme Court denied a petition for writ of certiorari on October 2, 2018. As there are no pending claims, as required by Rule 58 of the Federal Rules of Civil Procedure,

**JUDGMENT ENTERS.**

Consistent with the Sixth Circuit's July 26, 2017, Opinion:

1. The challenged motorboat restrictions are unlawful as applied to the Herrs;

2. Defendants are enjoined from applying the challenged motorboat restrictions against the Herrs, their lessees and licensees, and their successors; and

3. The parties have stipulated that Defendants will pay Plaintiffs $4,130.20 for costs and expenses.

**THIS ACTION IS TERMINATED**

**IT IS SO ORDERED.**

Date:  November 28, 2018                             /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge